UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**LE BLEU CORPORATION,**
      **Plaintiffs,**

      **v.**                                                   Case No. 17-C-0549

**FEDERAL MFG. LLC and**
**PRO MACH, INC.,**
      **Defendants.**
_____

## ORDER

On March 13, 2018, plaintiff Le Bleu Corporation filed a motion to compel discovery. However, contrary to the court's scheduling order, *see* ECF No. 27, the plaintiff did not file the motion under Civil Local Rule 7(h). For this reason, I will strike the motion and all supporting materials. The plaintiff's motion to restrict one document filed in support of the motion will be denied as moot, as the document has been stricken. If the plaintiff intends to rely on the sealed document in any future motion, it must re-file it and file a fresh motion to seal the document. The court reminds the parties to comply with its procedures regarding motions to seal. *See* ECF No. 42.

For the reasons stated, **IT IS ORDERED** that the defendants' motion to strike (ECF No. 47) is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's motion to compel (ECF No. 43) is **STRICKEN**.

**FINALLY, IT IS ORDERED** that the plaintiff's motion to restrict (ECF No. 46) is **DENIED** as **MOOT**.

1

Dated at Milwaukee, Wisconsin, this 19th day of March, 2018.


<pre>
                                  s/Lynn Adelman
                                  LYNN ADELMAN
                                  District Judge
</pre>